IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| RICKY RONNELL EWING | § | PLAINTIFF |
|---|---|---|
| v. | § | Civil No. 1:16cv52-HSO-JCG |
| MIKEL PEABODY *Corrections Officer at SMCI, et al.* | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [22] of United States Magistrate Judge John C. Gargiulo, entered in this case on April 6, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [22], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 12th day of May, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE